# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 15 WAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JON ERIC SHAFFER, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2018, the Petition for Allowance of Appeal is **GRANTED**. The issue, truncated and slightly rephrased, is:

Does an individual give up his expectation of privacy in the closed private files stored on his computer, merely by taking his computer to a commercial establishment for service or repair, where the service or repair requested does not render the viewing of the citizen[']s closed private files as foreseeable to either the customer or the computer technician?